UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | NO.:3:12CV1462 |
| | : | |
| VS. | : | |
| | : | |
| YALE UNIVERSITY | : | OCTOBER 12, 2012 |

# **A P P E A R A N C E**

Please enter the appearance of JOHN R. WILLIAMS, 51 Elm Street, New Haven, Connecticut 06510; Telephone: 203.562.9931; Facsimile: 203.776.9494; Email: jrw@johnrwilliams.com; Federal Bar No. ct00215; on behalf of the plaintiff in this matter.

　　　　　　　　　　　　　　　　　　THE PLAINTIFF


　　　　　　　　　　　　　　　　　BY:　　　　　/s/
　　　　　　　　　　　　　　　　　　　JOHN R. WILLIAMS
　　　　　　　　　　　　　　　　　　　Federal Bar No. ct00215
　　　　　　　　　　　　　　　　　　　51 Elm Street
　　　　　　　　　　　　　　　　　　　New Haven, CT 06510
　　　　　　　　　　　　　　　　　　　(203) 562-9931
　　　　　　　　　　　　　　　　　　　Fax:  (203) 776-9494
　　　　　　　　　　　　　　　　　　　E-Mail: jrw@johnrwilliams.com