UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS,<br>    Plaintiff. | : | NO.: 3:12CV1462(WWE) |
| | : | |
| VS. | : | |
| | : | |
| YALE UNIVERSITY,<br>    Defendant. | : | OCTOBER 19, 2012 |
| | : | |

**RETURN OF SERVICE**

The plaintiff herewith submits to the Court the Return of Service of a true and attested copy of the original Summons, Complaint, Appearance, Notice to Counsel and Pro Se Parties, Order Re: Disclosure Statement, Tips For Successful CM/ECF E Filing, Standing Protective Order, Exhibit A, Electronic Filing Order in Civil Cases, and Order on Pre Trial Deadlines, to within named Defendant, YALE UNIVERSITY, by leaving with and in the hands of Harold Rose, Associate General Counsel, who is duly authorized to accept service and who accepted service, on October 18, 2012, by an indifferent person, indicating that process has been made upon said defendant.

THE PLAINTIFF

BY /s/ John R. Williams
    John R. Williams
    John R. Williams and Associates, LLC
    51 Elm Street, Suite 409
    New Haven, CT 06510
    203.562.9931
    FAX: 203.776.9494
    Federal Bar No. ct00215
    Her Attorney

1

## **CERTIFICATION**

I hereby certify that on October 19, 2012, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ John R. Williams
John R. Williams
John R. Williams and Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
203.776.9494
Jrw@johnrwilliams.com