UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Case# 3:12-CV-01462-WWE

U.S. District Court

ss: New Haven, October 18, 2012

District of Connecticut

Then and there by virtue hereof, I served the within named defendant, **YALE UNIVERSITY C/O GENERAL COUNSEL**, by leaving with and in the hands of Harold Rose, Associate General Counsel, who is duly authorized to accept service and who accepted service, a true and attested copy of the original Summons in a Civil Case, Plaintiff's Complaint, Appearance, Notice to Counsel and pro se parties, Order on Pretrial Deadlines, Order Re: Disclosure Statement, Electronic Filing System and Electronic Filing of Papers and Electronic Filing Order, and Tips for Successful CMECF Efiling with my endorsement thereon.

ATTEST:

FEES:
Service Fee        $ 30.00
Copies               32.00
Endorsements           .80
Travel                5.00
                   $ 67.80

ROBERT S. MILLER
STATE MARSHAL
NEW HAVEN COUNTY



Yale University    Office of the Vice President
                   and General Counsel

HAROLD ROSE
*Associate General Counsel*

Campus:

U.S. Mail:                    2 Whitney Avenue, 6th Floor
P.O. Box 208255                  New Haven, CT 06510
New Haven, CT 06520-8255         Tel: (203) 432-4949
harold.rose@yale.edu             Fax: (203) 432-7960