UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| VS. | : | NO.:3:12cv1462(WWE) |
| YALE UNIVERSITY | : | NOVEMBER 16, 2012 |

**REQUEST FOR ENTRY OF DEFAULT**

Plaintiff moves for entry of a default against the defendant for failure to file a timely appearance in this matter although properly served as appears of record.

        THE PLAINTIFF

        BY:_____/s/_____
            JOHN R. WILLIAMS (ct00215)
            51 Elm Street
            New Haven, CT 06510
            203.562.9931
            Fax:  203.776.9494
            jrw@johnrwilliams.com
            Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to the General Counsel Yale University, 2 Whitney Avenue, New Haven, CT 06510. Parties may access this filing through the Court's CM/ECF System.

                                                        /s/
                                      JOHN R. WILLIAMS