UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| VS. | : | NO.:3:12cv1462(WWE) |
| YALE UNIVERSITY | : | NOVEMBER 20, 2012 |

**MOTION FOR DEFAULT JUDGMENT**

Pursuant to the Order of this Court, the plaintiff moves for a default judgment in her favor in this matter and further moves that this case be scheduled for a damages hearing.

THE PLAINTIFF

BY:_____/s/_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax:  203.776.9494
jrw@johnrwilliams.com
Her Attorney

1

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to the General Counsel Yale University, 2 Whitney Avenue, New Haven, CT 06510. Parties may access this filing through the Court's CM/ECF System.

                                            /s/
                              JOHN R. WILLIAMS