UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:12 CV1462 |
| vs. | : | |
| | : | |
| YALE UNIVERSITY: | | |
| | : | |
|     Defendant | : | NOVEMBER 30, 2012 |

### OPPOSITION TO MOTION FOR DEFAULT JUDGMENT

On November 16, 2012, the plaintiff moved for a default judgment for failure to file a timely appearance. The Court granted that motion on November 19, 2012.[1] Thereafter, the plaintiff moved for a default judgment. The defendant opposes the motion for default judgment because defense counsel has filed an appearance. Defense counsel believed that he had filed a timely appearance for the defendant in this action. Since defense counsel did not have an appearance, defense counsel did not receive the plaintiff's motion or the court's ruling on that motion until two days ago. Defense counsel then discovered that an appearance had not been filed due to a clerical error and promptly filed an appearance with the Court.

Prior to commencing the present action, the plaintiff brought an action against the defendant in the Connecticut Superior Court in May, 2009, which action is currently pending. In her Corrected Second Revised Complaint dated October 20, 2012, the plaintiff claims that the defendant discriminated against her on the basis of her sex in violation of the Connecticut

Fair Employment Practices Act.  The parties have engaged in extensive motion practice over the past three years, and plaintiff's counsel was likely aware that defense counsel would enter an appearance on behalf of the defendant in the above-captioned matter.  Therefore, the plaintiff has not been prejudiced by the defendant's inadvertent failure to file a timely appearance.  Defense counsel attempted to contact plaintiff's counsel to ascertain whether he consents to the granting of this motion, but was unable to reach plaintiff's counsel.

WHEREFORE, the plaintiff's motion for default judgment should be denied.

        THE DEFENDANT
        YALE UNIVERSITY

BY:   /s/ Patrick M. Noonan  (#ct00189)
       Patrick M. Noonan
       Donahue, Durham & Noonan, P.C.
       741 Boston Post Road
       Guilford, CT 06437
       (203) 458-9168

---

[1] Defense counsel has filed a motion to set aside the entry of default.

## CERTIFICATION

  I hereby certify that, on the above-written date, a copy of the foregoing Opposition to Motion For Default Judgment was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                         _____/s/_____
                              Patrick M. Noonan