UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:12 CV1462 |
| vs. | : | |
| | : | |
| YALE UNIVERSITY: | | |
| | : | |
|     Defendant | : | NOVEMBER 30, 2012 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b), the defendant hereby moves for a thirty day extension of time, up to and including December 30, 2012, within which to answer or otherwise respond to the plaintiff's complaint.  Defense counsel needs this additional time to investigate the allegations contained in the plaintiff's complaint and prepare a proper response.  Defense counsel attempted to contact plaintiff's counsel to ascertain whether he consents to the granting of this motion, but was unable to reach plaintiff's counsel.

WHEREFORE, the defendant, with consent of the plaintiff, respectfully requests that the Court grant this Motion for Extension of Time.

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168 • FAX:  (203) 458-4424
JURIS NO. 415438

                                      THE DEFENDANT
                                      YALE UNIVERSITY

                    BY:   /s/ Patrick M. Noonan  (#ct00189)
                           Patrick M. Noonan
                           Donahue, Durham & Noonan, P.C.
                           741 Boston Post Road
                           Guilford, CT 06437
                           (203) 458-9168

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                                         /s/
                                                              Patrick M. Noonan