UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| VS. | : | NO.:3:12cv1462(WWE) |
| YALE UNIVERSITY | : | JANUARY 25, 2013 |

## **APPEARANCE**

Please enter the appearance of ROSE LONGO-McLEAN, 51 Elm Street, New Haven, Connecticut 06510; Telephone: 203.562.9931; Facsimile: 203.776.9494; Email: r.l.mclean@johnrwilliams.com Federal Bar No. ct28819; on behalf of the plaintiff in this matter.

Respectfully submitted:

/s/ Rose Longo-McLean
ROSE LONGO-McLEAN
Federal Bar No. ct28819
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
E-Mail: r.l.mclean@johnrwilliams.com

1

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Rose Longo-McLean*
ROSE LONGO-McLEAN