UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:12 CV1462 |
| vs. | : | |
| | : | |
| YALE UNIVERSITY: | | |
| | : | |
| Defendant | : | JUNE 25, 2013 |

**WRITTEN STATEMENT RE:  IMPOSITION OF SANCTIONS**

Pursuant to the Court's June 10, 2013 order, counsel for both parties submit this written statement regarding the Court's imposition of sanctions for the failure to comply with Local Rule 26(f).  Each counsel believed that the other was initiating the Rule 26(f) conference.  Counsel have remedied that mistake by filing a Report of Parties' Planning Conference.  Therefore, counsel for both parties respectfully request that the Court not enter sanctions against either party.

                                                THE PLAINTIFF
                                                SUSAN BURHANS

BY: _____/s/_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com

**DONAHUE, DURHAM & NOONAN, P.C.**
Concept Park  •  741 boston post road
Guilford, Connecticut 06437
Tel:  (203) 458-9168  •  Fax:  (203) 458-4424
Juris No. 415438

                          THE DEFENDANT
                          YALE UNIVERSITY

BY:  /s/ Patrick M. Noonan  (#ct00189)
      Patrick M. Noonan
      Donahue, Durham & Noonan, P.C.
      741 Boston Post Road
      Guilford, CT 06437
      (203) 458-9168

## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing Written Statement Re: Imposition of Sanctions was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                       /s/
                              Patrick M. Noonan