UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:12 CV1462 (WEE) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | December 3, 2013 |
| Defendant | : | |

## MOTION FOR EXTENSION OF TIME

The defendant hereby moves for a 30 day extension of time up to and including January 3, 2014, within which to answer or object to plaintiff's discovery requests dated November 1, 2013. The reason for this request is that it will take defendant's employees time to assemble the information requested by the plaintiff, and the defendant has not been able to assemble that information within the time permitted by the Federal Rules for a response. Plaintiff's counsel has indicated that he has no objection to the granting of this motion. This is the defendant's first request for an extension of time.

        THE DEFENDANT
        YALE UNIVERSITY

        BY: /s/ Patrick M. Noonan (#ct00189)
        Patrick M. Noonan
        Donahue, Durham & Noonan, P.C.
        741 Boston Post Road
        Guilford, CT 06437
        (203) 458-9168

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan