UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN BURHANS | : |
| VS. | :  NO.:3:12cv1462(WWE) |
| YALE UNIVERSITY | :  APRIL 7, 2014 |

## CONSENT MOTION TO AMEND COMPLAINT

With the defendant's consent, the plaintiff respectfully moves to amend her Complaint to add a Second Count arising out of the same series of events as are alleged in the original, Complaint. The proposed Second Count currently is pending before the Connecticut Superior Court at New Haven. The parties believe that consolidation of both claims in this action will serve important interests of judicial economy. The proposed Amended Complaint is submitted herewith.

1

        THE PLAINTIFF

BY: _____/s/_____
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203.562.9931
      Fax: 203.776.9494
      jrw@johnrwilliams.com
      Her Attorney

<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      _____/s/_____
      JOHN R. WILLIAMS