UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| | : | |
|    Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:12 CV1462 (WWE) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY: | | |
| | : | |
|    Defendant | : | MAY 15, 2014 |

## MOTION TO DISMISS

For the reasons stated in the accompanying memorandum of law, the defendant, Yale University, hereby moves to dismiss Count One of the plaintiff's April 7, 2014 Amended Complaint.

                                              THE DEFENDANT
                                              YALE UNIVERSITY

                               BY:   /s/ Patrick M. Noonan  (#ct00189)
                                              Patrick M. Noonan
                                              Donahue, Durham & Noonan, P.C.
                                              741 Boston Post Road
                                              Guilford, CT 06437
                                              (203) 458-9168

## CERTIFICATION

      I hereby certify that, on the above-written date, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                                                    /s/
                                                           Patrick M. Noonan