UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN BURHANS | : |
| VS. | :   NO.:3:12cv1462(WWE) |
| YALE UNIVERSITY | :   OCTOBER 4, 2014 |

**MOTION FOR ADMISSION OF VISITING LAWYER *PRO HAC VICE*** 

The undersigned respectfully moves for the admission *pro hac vice* of Attorney Johanna G. Sack, a member of the Bar of the United States District Court for the Northern District of California, to be co-counsel with the undersigned in this case. Her affidavit in support of this motion is attached hereto.

THE PLAINTIFF

BY:_____/s/_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com
Her Attorney

1

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                          /s/
                                        JOHN R. WILLIAMS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SUSAN BURHANS

        Plaintiff                Case No. 3:12cv1462(WWE)

v.

YALE UNIVERSITY

        Defendant.              October 1, 2014

## AFFIDAVIT IN SUPPORT OF ADMISSION OF JOHNNA G. SACK PRO HAC VICE

I, JOHNNA G. SACK, HEREBY STATE in support of my admission as a visiting attorney, upon oath and penalty of perjury:

1. I am a member of the law firm McAllister Olivarius, trial counsel to the law firm of John R. Williams and Associates, LLC, attorneys for Plaintiff SUSAN BURHANS in the above-captioned action. I have personal knowledge of the facts in this affidavit which is submitted in support of the plaintiff's motion for my admission pro hac vice pursuant to Local Rule 83.1.

2. I am not a resident of the State of Connecticut, and am not regularly engaged in business or professional activities in Connecticut. My residential address is Flat 20 Chadston House, Halton Road, N1 2AG, London, England.

3. My business address is: McAllister Olivarius, Thames Wharf Studios, Rainville Road, London W6 9HA, United Kingdom. My telephone number is 518-633-4775, and my fax number is 781-658-2480. My email address is jsack@mcolaw.com.

4. I am admitted to practice in the following jurisdictions:

| Court | Admission Date | ID Number |
|---|---|---|
| California State Bar | June 10, 2010 | 270534 |
| United States District Court Northern District of California | July 24, 2014 | 270534 |

5. My educational background is John F. Kennedy University College of Law, J.D, 2008, Saint Mary's College, B.S., 2003.

6. The plaintiff desires that I participate, assist, and speak pro hac vice as co-counsel in pre-trial, discovery and trial of this matter.

7. I am not presently, nor have I ever been, subject to any disbarment or suspension proceedings. I have not been denied admission to the courts of any state or to any federal court since first becoming licensed to practice law.

8. I agree to be bound by the Rules of Court governing the State of Connecticut, including the Court Disciplinary Rules and all local rules and order of the court. I will continue to be associated with local counsel throughout pre-trial, discovery, and trial of the within cause of action. I recognize and will follow the Connecticut Customs of Practice in addition to those rules of the Court and agree to subject myself to the jurisdiction of the Court.

9. I have reviewed and am familiar with:

    a. the Federal Rules of Civil Procedure
    b. the Federal Rules of Criminal Procedure
    c. the Federal Rules of Evidence
    d. the Local Rules of Practice for the United States District Court for the District of Connecticut; and
    e. the Connecticut Rules of Professional Conduct.

10. I understand that all pleadings, briefs, and other papers filed with the Court must be signed by an attorney of record authorized to practice in the State of Connecticut and that said attorney shall be held responsible for such pleadings or filings and for the conduct of this cause and of the attorneys admitted herein.

11. I agree to be subject to the Orders of this Court and amenable to disciplinary action as though regularly admitted to practice in the District of Connecticut. I further agree to the appointment of John R. Williams, of John R. Williams and Associates, LLC, New Haven, Connecticut, for service of all papers within the District of Connecticut. I further designate the District of Connecticut as the forum for resolution of any dispute arising out of this admission.

12. I will promptly notify this Court of any matter affecting my good standing as a member of the Bar of any other Court.

Dated: October 1, 2014

Respectfully Submitted,

By: _____
Johnna G. Sack, Esq.