# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **SUSAN BURHANS** | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) Case No. | **3:12-cv-01462 (WWE)** |
| **YALE UNIVERSITY** | ) | |
| *Defendant* | ) | |

### NOTICE OF APPEARANCE

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**SUSAN BURHANS**

Date:    **10/07/2014**

*Attorney's signature*

**Johnna G. Sack, phv07033**

*Printed name and bar number*

**McAllister Olivarius**
**Thames Wharf Studios, Rainville Road**
**London W6 9HA, United Kingdom**

*Address*

**jsack@mcolaw.com**

*E-mail address*

**(518) 633-4775**

*Telephone number*

**(781) 658-2480**

*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **10/07/2014**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*Attorney's signature*