# Certificate of Good Standing

United States of District Court       )
                                      ) ss.
Northern District of California       )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Johnna G. Sack, Bar No. 270534** was duly admitted to practice in said Court on **July 24, 2014**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on September 24, 2014



*Richard W. Wieking*
Clerk