UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| VS. | : | NO. 3:12cv1462(WWE) |
| YALE UNIVERSITY | : | OCTOBER 21, 2014 |

## MOTION TO EXTEND DISCOVERY DEADLINE

The plaintiff respectfully moves to extend the discovery deadline in this case to February 1, 2015.  In support of this motion, she represents that:

1.  Discovery in this matter was to conclude on April 1, 2014.

2.  Since that time, however, the parties have continued to conduct discovery pursuant to an informal agreement between counsel.  In fact, both parties had scheduled depositions to take place on November 13, 2014, but those depositions were postponed indefinitely by agreement of counsel because defense counsel will be on trial that week in another matter.

3.  Undersigned counsel has communicated with the office of defense counsel about scheduling other depositions as well, and has been advised that new dates will be provided in the near future.

4.  However, despite the foregoing, defense counsel recently advised *pro*

1

*hac vice* counsel – but conspicuously not the undersigned – that the defendant will oppose any further discovery on the ground that the discovery cutoff date expired on April 1, 2014.

    5.  Defense counsel appears to take different positions regarding discovery depending upon which of the plaintiff's attorneys he is addressing. Since both parties continue to seek discovery, however, and since no trial date has yet been set, the extension of time requested herein is fair and reasonable and will resolve the conflict defense counsel apparently has within himself about the defendant's position on discovery.

                      THE PLAINTIFF

                BY:_____/s/_____
                      JOHN R. WILLIAMS (ct00215)
                      51 Elm Street
                      New Haven, CT 06510
                      203.562.9931
                      Fax:  203.776.9494
                      jrw@johnrwilliams.com
                      Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                        /s/
                 JOHN R. WILLIAMS