UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:12 CV1462 (WWE) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY: | | |
| | : | |
|     Defendant | : | DECEMBER 23, 2014 |

## **MOTION FOR PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), the defendant, Yale University, hereby moves for a protective order prohibiting the plaintiff from deposing the following proposed deponents: Robert J. Alpern, Beth Baran, Melanie Boyd, Jill Cutler, Michael Della Rocca, Shelley Kagan, Shauna King, Richard Levin, Janet Lindner, Kathleen A. Martin, Thomas Pogge, Anna Ramirez, Peter Salovey and Kathryn Tanner.  Defense counsel has consulted with plaintiff's counsel in a effort to resolve this discovery dispute without court intervention, but the parties were unable to resolve it among themselves.  A memorandum of law in support of this motion is filed herewith.

                                                   THE DEFENDANT
                                                   YALE UNIVERSITY

                                   BY:___/s/ Patrick M. Noonan  (#ct00189)___
                                               Patrick M. Noonan
                                               Donahue, Durham & Noonan, P.C.
                                               741 Boston Post Road
                                               Guilford, CT 06437
                                               (203) 458-9168


## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                                  _____/s/_____
                                                                       Patrick M. Noonan