# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SUSAN BURHANS            :

VS.                      :        NO. 3:12cv1462(WWE)

YALE UNIVERSITY          :        NOVEMBER 8, 2014

## WITNESSES PLAINTIFF SEEKS TO DEPOSE

ROBERT J. ALPERN

> Top decision maker at Yale Medical School who has allowed a hostile environment and has personal knowledge of known harassers and retaliation resulting in top female scientists leaving their positions and fellowships. Plaintiff's contract part-time job was at medical school.

BETH BARAN

> Testimony regarding issues raised by Constance Gerena at her deposition regarding the defendant's denial of civil rights of former student Alexandra Gerena and intervention in the sexual assault prosecution of an undergraduate. Plaintiff was stopped from training and helping rape victims right before Ms. Gerena was raped.

1

MELANIE BOYD

>Put in place programming recommended years earlier by the plaintiff, who was at that time thwarted in her efforts to do so.

JILL CUTLER

>As ExComm "factfinder" participated in the defendant's "soft" policies toward sexual offenders, which policies she subsequently criticized.

MICHAEL DELLA ROCCA

>Until earlier this year, headed the UWC in responding to Title IX issues including past failures to comply.

SHELLEY KAGAN

>Can establish that Yale was aware of Professor Pogge's long history as a sexual predator prior to hiring him as a tenured full professor, thus demonstrating the defendant's contempt for its obligations under Title IX>

SHAUNA KING

>Personal knowledge of the sexually hostile environment to which colleague and friend Ann Murray Randolph was subjected and the defendant's refusal to address the Title IX hostile environment issue raised by her complaint.

RICHARD LEVIN

>The ultimate decision-maker who received direct notification from the plaintiff as to discrimination and retaliation she had suffered from the vice president's office. After the notification, the plaintiff continued to suffer adverse employment actions including being terminated. In addition,

2

according to Jill Cutler, Levin pursued "soft" policies regarding Title IX issues, to the detriment of women at Yale.

JANET LINDNER

Has personal knowledge of actions by Detective Brian Donnelly in violation of Title IX and attempts to cover up wrongdoing of Professor Pogge.

KATHLEEN A. MARTIN

Personal knowledge of the hostile environment to which Annie Le was being subjected, because of her sex, prior to her murder and of Yale's toleration of that environment in violation of its Title IX obligations. Programs plaintiff tried to put into place could have kept Ms. Le from harm.

THOMAS POGGE

Current faculty member with a long history as a sexual predator whose behavior has long been tolerated by the defendant despite clear evidence, in violation of the University's Title IX obligations. Relevant to the plaintiff's claim that the defendant was opposed to any efforts, including hers, to bring the university into Title IX compliance.

ANNA RAMIREZ

Former financial aid dean at divinity school who was aware of sexual misconduct, FERPA violations and circulated information electronically about student being investigated for terrorist activities.

PETER SALOVEY

> Witness Heidi Lockwood testified that he attempted to cover up sexual misconduct of which she was a victim by pressuring her to sign a non-disclosure agreement, in clear violation of Yale's Title IX reporting obligations. Has personal knowledge of faculty of misconduct and has actively participated in condoning it.

KATHRYN TANNER

> First-hand knowledge of hostile environment allowed at Yale. Knowledgeable about sexual misconduct, FERPA violations and male student who was being sexually harassed; his computer was hacked and emails discussing his private life were circulated to many people at the Div School and also to people in his personal life.