UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:12 CV1462 (WWE) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
|     Defendant | : | DECEMBER 24, 2014 |

**MOTION FOR EXTENSION OF TIME**

The defendant, Yale University, hereby moves to extend the discovery deadline in this matter to August 1, 2015.  The defendant, with the consent of plaintiff, seeks the requested extension so as to allow sufficient time to complete witness depositions following a ruling by the Court on the defendant's anticipated Motion for Protective Order as to the plaintiff's plan to depose an additional fourteen witnesses.  In addition, defense counsel begins trial in the matter of *Ahmed Abdel-Raouf, M.D. v. Yale University*, No. 3:12CV00776 (D.Conn.) before Judge Fitzsimmons on January 20, 2015, and has a status conference and pretrial scheduled in that matter on January 5, 2015 and January 16, 2015, respectively.  Due to these scheduled court dates, as well as meeting with witnesses, other trial preparation commitments, and two scheduled mediations, defense counsel will be unable to complete additional witness depositions in this matter by the current discovery deadline of February 1, 2015.

This is the defendant's first motion to extend the discovery deadline.  The plaintiff consents to the granting of this motion. This matter has not yet been scheduled for trial.

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168  •  FAX:  (203) 458-4424
JURIS NO. 415438

                                 THE DEFENDANT
                                 YALE UNIVERSITY

                BY:   /s/ Patrick M. Noonan  (#ct00189)
                        Patrick M. Noonan
                        Donahue, Durham & Noonan, P.C.
                        741 Boston Post Road
                        Guilford, CT 06437
                        (203) 458-9168

## **CERTIFICATION**

       I hereby certify that, on the above-written date, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                              /s/
                                      Patrick M. Noonan