UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SUSAN BURHANS                           :

VS.                                     :          NO. 3:12cv1462(WWE)

YALE UNIVERSITY                         :          JANUARY 17, 2015

**MOTION TO SEAL EXHIBIT**

The plaintiff moves to place Exhibit C to defendant's Motion for Protective

Order (Document 38-4) under seal because it contains the unredacted names of

victims of sexual assaults.

THE PLAINTIFF

BY:_____/s/_____
            JOHN R. WILLIAMS (ct00215)
            51 Elm Street
            New Haven, CT 06510
            203.562.9931
            Fax:  203.776.9494
            jrw@johnrwilliams.com
            Her Attorney

1

<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
JOHN R. WILLIAMS

2