UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:12 CV1462(WWE) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY: | | |
| | : | |
| Defendant | : | JANUARY 26, 2015 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendant hereby moves for a seven day extension of time, up to and including February 4, 2015, within which to file a reply memorandum in support of its motion for protective order (Docket No. 38).  Defense counsel requires this additional time in order to fully research and brief the issues raised in plaintiff's opposition brief.  Plaintiff's counsel has indicated that he consents to the granting of this motion.

WHEREFORE, the defendant, with consent of the plaintiff, respectfully requests that the Court grant this Motion for Extension of Time.

                      THE DEFENDANT
                      YALE UNIVERSITY

                      BY:___/s/ Patrick M. Noonan  (#ct00189)___
                          Patrick M. Noonan
                          Donahue, Durham & Noonan, P.C.
                          741 Boston Post Road
                          Guilford, CT 06437
                          (203) 458-9168

## CERTIFICATION

  I hereby certify that, on the above-written date, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                      _____/s/_____
                         Patrick M. Noonan