**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| |
|---|
| BURHANS |
| vs. |
| YALE |

3:12-cv-1462 (JGM)

## ORDER RETURNING SUBMISSION

The Clerk has received your Exhibits (received from plaintiff) ; however, it is deficient in the area(s) checked below:

(NOTE:   L.R. refers to the Local Rules, District of Connecticut)

1. ☒ L.R.5(c)         ☒No certificate of service attached to document
    ☒Certificate of service fails to list names and addresses of all parties served
    ☒Certificate of service is not signed

2. ☐ L.R. CV 5(e)   ☐Failure to submit document under seal
    ☐Sealing envelope not provided
    ☐Sealing envelope does not contain case information
    ☐Sealing envelope does not contain description of sealed document/motion

3. ☒ L.R.10          ☒Failure to sign document (original signature)
    ☐Failure to double space
    ☐Margin is not free of printed matter
    ☐Left hand margin is not one inch;
    ☐Judge's initials do not appear after the case number
    ☒Docket number is missing
    ☐Failure to supply federal bar number

4. ☐L.R. CR 57(b)5 ☐Failure to submit document under seal
    ☐Sealing envelope not provided
    ☐Sealing envelope does not contain case information
    ☐Sealing envelope does not contain description of sealed document/motion

5. ☐ L.R.83.1(d)    Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. ☒ Other:         Plaintiff is represented by counsel.

The Clerk is hereby ordered to return the above document and to notify counsel of such action.

| March 13, 2015 | /s/ Joan G. Margolis |
|---|---|
| Date | United States Magistrate Judge |

(JP)