UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN BURHANS | : |
| VS. | : NO. 3:12cv1462(WWE)(JGM) |
| YALE UNIVERSITY | : MARCH 26, 2015 |

**REPLY TO DEFENDANT'S OBJECTION TO PROPOSED RULING**

The defendant's objection to the proposed ruling of Magistrate Judge Margolis permitting the plaintiff to depose two assistant deans and one professor makes two arguments: First, that the three witnesses have no relevant evidence to offer because the plaintiff's job responsibilities did not include enforcement of Title IX compliance; Second, that such depositions likely would intrude on the privacy or FERPA[1] rights of former students or junior faculty.

The defendant's first argument ignores both the facts and basic principles of the law of discovery. The word "relevant," for discovery purposes, includes "any matter that bears on, or that reasonably could lead to other matter that could bear on, any issue that is or may be in the case....[D]iscovery is not limited to issues raised by the pleadings, for discovery itself is designed to help define

---

[1] 20 U.S.C. § 1232g(d)

1

and clarify the issues. Nor is discovery limited to the merits of a case, for a variety of fact-oriented issues may arise during litigation that are not related to the merits." Oppenheimer Fund, Inc. v. Sanders, 437 U.S. 340, 351 (1978); Klonski v. Mahlab, 156 F.3d 255, 267 (1st Cir. 1998). "[D]iscovery is to be considered relevant where there is *any possibility* that the information sought may be relevant to the subject matter of the action." Renshaw v. Ravert, 82 F.R.D. 361, 363 (E.D. Pa. 1979) (emphasis in original). See also Inmates of Unit 14 v. Rebideau, 102 F.R.D. 122, 127-28 (N.D.N.Y. 1984).

The plaintiff's job description, which is attached hereto, expressly made her responsible for "ensur[ing] university compli[ance] with the Clery Act." (Position Description, p. 2) The Clery Act requires all educational institutions receiving federal funds to provide, among other things, "[s]tatistics concerning the occurrence on campus, in or on noncampus buildings or property, and on public property during the most recent calendar year, and during the 2 preceding calendar years for which data are available...of the following criminal offenses reported to campus security authorities or local police agencies:...sex offenses, forcible or nonforcible...." 20 U.S.C. § 1092(f); 34 C.F.R. § 668.46. Thus, contrary to the defendant's contention, the plaintiff's job responsibilities, if taken seriously, required her to do precisely what the defendant did not want done: encourage the filing of police complaints in every case of forcible or nonforcible

sexual offenses and the reporting of those complaints to the United States Government. The defendant's history – before, during and after the plaintiff's employment – of resisting these obligations is, therefore, squarely relevant to the issues in this litigation.

The defendant's second argument – the privacy concerns of assault victims, students and junior faculty – is readily disposed of. The court can issue an appropriate protective order. Such routine concerns certainly are insufficient to bar relevant discovery.

The defendant's objections should be overruled.

Respectfully submitted:

/s/
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com
Plaintiff's Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                      /s/
                                        JOHN R. WILLIAMS

Yale University
Office of the Secretary and Vice President
Position Description

Position Title: Coordinator, Security Awareness

Grade: 23

### General Purpose:

Reporting to the Deputy Secretary in the Office of the Vice President, develop and support all of the university's crime prevention programs. In support of Department of Education guidelines, evaluate community security awareness needs, develop and execute a strategic communications program that includes marketing Yale's services and implementing initiatives to serve the community. Deliver interactive presentations, act as an advocate to facilitate service improvements, write and design publications, brief departments on initiatives, interact with the City of New Haven, and maintain a website. Additionally, promote positive aspects of living at Yale and in New Haven by using innovative approaches to prevention and finding practical ways to insure that Yale University continues to be a vital and safe place to study and work.

### Specific Duties and Responsibilities:

Responsible for developing all university security orientation programming, including delivering presentations, writing and designing publications, developing innovative initiatives, maintaining website, working closely with student groups, faculty and staff.

Responsible for developing programs and appropriate responses when community security concerns arise. Support Deputy Secretary in all university-wide crime prevention measures and initiatives including university response initiatives.

Act as education arm of university police and security programs. Develop ways to build customer satisfaction for services rendered by both departments to students, faculty, and staff.

Responsible for marketing university services such as transportation shuttles and security escorts. Help build credibility of services so that our community is encouraged by our programs to use these services.

Represent the Deputy Secretary on various university committees, including student groups for security and customer service issues.

Serve community members living in the City of New Haven by attending appropriate neighborhood meetings and coordinate with NHPD Neighborhood Services Unit to develop joint programming.

### Knowledge and Skills:

Exceptional verbal, written, organizational, and public speaking skills including the ability to communicate effectively with all organizational levels. Exceptional computer skills.

Thorough understanding of customer service methodology.

Thorough understanding of community challenges in urban setting.

Ability to be informational resource to community as well as possess skills to promote positive aspects of studying and living at the university and in New Haven.

### Problem-solving/Decision-Making:

Must be able to assess, devise and implement effective ways to engage community through all forms of information dissemination including public speaking, brochure development, website maintenance, and program initiative development.

### Scope and Complexity:

Responsible for developing, planning, and delivering presentations to diverse groups at Yale. Ensure that campus is regularly informed about crime prevention concepts and services offered by the university so community members make wise choices for their own safety.

Responsibilities include developing and maintaining outreach to student groups and staff.

### Impact and Accountability:

Working with Associate Director, engage community in effective, innovative ways to ensure that the office of security awareness is viewed as important resource. Responsible for developing programs that ensures university complies with the Clery Act.

### Internal and External Contacts:

Interacts with internal contacts such as business managers, administrators, representatives from various University Departments and students. Interacts with external contacts such as New Haven Police, colleagues from peer institutions, and various professional organizations to share information on current practices, approaches and techniques.

### Experience and Education:

Bachelor's Degree in relevant field, required. Exceptional interpersonal, organizational, communication and computer skills required. Preferred: familiarity with university crime prevention methodology.

Coordinator, Security Awareness