UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| VS. | : | NO. 3:12cv1462(WWE)(JGM) |
| YALE UNIVERSITY | : | APRIL 15, 2015 |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION**

    The plaintiff respectfully moves for a two-week extension of time, until April 29, 2015, to file her reply brief in further support of her motion for an extension of time. In support of this motion, she represents:

    1. Defense counsel consents to this motion.

    2. Undersigned counsel has several briefs in other cases due during this time frame which makes additional time necessary.

    3. In addition, preparation of a reply brief requires further consultation with the plaintiff.

1

THE PLAINTIFF

BY: _____/s/_____
     JOHN R. WILLIAMS (ct00215)
     51 Elm Street
     New Haven, CT 06510
     203.562.9931
     Fax: 203.776.9494
     jrw@johnrwilliams.com
     Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
JOHN R. WILLIAMS