UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| VS. | : | NO. 3:12cv1462(WWE)(JGM) |
| YALE UNIVERSITY | : | APRIL 30, 2015 |

**WITHDRAWAL OF MOTION FOR RECONSIDERATION**

The plaintiff withdraws her Motion for Reconsideration without prejudice to renewing said motion, as the court previously ordered, after taking the depositions which the court already has authorized.

        THE PLAINTIFF

BY: /s/
    JOHN R. WILLIAMS (ct00215)
    51 Elm Street
    New Haven, CT 06510
    203.562.9931
    Fax: 203.776.9494
    jrw@johnrwilliams.com
    Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                    /s/
             JOHN R. WILLIAMS