UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN BURHANS | : |
| VS. | :   NO. 3:12cv1462(WWE) |
| YALE UNIVERSITY | :   JUNE 26, 2015 |

**CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

The plaintiff moves for an extension of time until October 1, 2015, to complete discovery in this case. The defendant consents to the granting of this motion. The extension of time is necessary because, inter alia, the court has not ruled on the defendant's objections to the additional discovery granted by United States Magistrate Judge Margolis.

THE PLAINTIFF

BY:_____/s/_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com
Her Attorney

1

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                        /s/
                  JOHN R. WILLIAMS