# UNITED STATES DISTRICT COURT
for the
District of Connecticut

**SUSAN BURHANS**
*Plaintiff*

v.   Case No. **3:12CV1462(WWE)**

**YALE UNIVERSITY**
*Defendant*

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Plaintiff, SUSAN BURHANS**

Date: **July 2, 2015**

*Attorney's signature*

**Susan Kaplan, phv07549**
*Printed name and bar number*

**Susan Kaplan, Esq.**
**30 Wall St., 8th Fl.**
**New York, NY 11201**
*Address*

**skaplan@lawkaplan.com**
*E-mail address*

**347.683.2505**
*Telephone number*

**none**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2015, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*Attorney's signature*

phv07649