UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| VS. | : | NO. 3:12cv1462(WWE) |
| YALE UNIVERSITY | : | SEPTEMBER 18, 2015 |

**CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

The parties respectfully move for an extension of time until April 1, 2016, to complete all discovery in this case.  Counsel for the plaintiff and counsel for the defendant have conferred and are in agreement on this motion.  The current deadline for completion of discovery is October 1, 2015.  The discovery, including additional depositions, agreed upon by the parties makes it impossible to comply with that deadline.

        THE PLAINTIFF

        BY:_____/s/_____
            JOHN R. WILLIAMS (ct00215)
            51 Elm Street
            New Haven, CT 06510
            203.562.9931
            Fax:  203.776.9494
            jrw@johnrwilliams.com
            Her Attorney

1

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                      /s/
                                     JOHN R. WILLIAMS