UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| VS. | : | NO. 3:12cv1462(WWE) |
| YALE UNIVERSITY | : | December __, 2015 |

**CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

The parties respectfully move for an extension of time for the parties to complete fact and expert discovery. The current deadline for completion of all discovery is February 1, 2015. However, fact discovery between the parties is still ongoing and plaintiff has just received an initial disclosure from defendant for which she will need time to review. Further, the parties agreed to supplemental discovery, if necessary.

In addition, plaintiff is anticipating expert witnesses whose disclosures may be dependent on some of the fact discovery not yet produced. As the expert witnesses also may require additional depositions, the parties agree that it would be impossible to comply with the current deadline. Counsel for the plaintiff and counsel for the defendant have conferred and are in agreement on this motion and the schedule below:

Parties to complete all fact discovery including depositions no later than March 1, 2016.

Plaintiff's expert disclosures to be served no later than April 1, 2016.

Plaintiff's expert(s) to be deposed no later than June 1, 2016.

Defendant's expert disclosures to be served no later than July 1, 2016.

Defendant's expert(s) to be deposed no later than September 15, 2016.

THE PLAINTIFF

BY:_____/s/
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931   Fax: 203.776.9494
jrw@johnrwilliams.co

## CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                   /s/
                                 JOHN R. WILLIAMS