UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| VS. | : | NO. 3:12cv1462(WWE) |
| YALE UNIVERSITY | : | FEBRUARY 1, 2016 |

## CONSENT MOTION FOR EXTENSION OF TIME

The parties respectfully move to postpone the trial date in this case to September 1, 2016, for the following reasons.

The current deadline for completion of all discovery is March 1, 2016, pursuant to this Court's Order of December 14, 2015. Since that time, however, the plaintiff has suffered some setbacks. An expert to address plaintiff's causes and diagnosis of PTSD excused herself from the case and plaintiff has had to locate and retain another expert, who needs more time to produce his opinion. Another expert, who intends to address institutional retaliation, its causes and effects, also has suffered a setback in that her sister, for whom she cares, has become ill and has been hospitalized. This expert, therefore, also has been unable to meet deadlines. Plaintiff will be prejudiced without these experts.

Defendant needs time to rebut these experts and both parties need time

1

for expert depositions.  The parties agree that it would be impossible to comply with the current deadline.

Counsel for the plaintiff and counsel for the defendant have conferred and are in agreement on this motion and jointly request that the trial date be moved to September 1, 2016.

                  THE PLAINTIFF

BY:_____/s/_____
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203.562.9931
      Fax:  203.776.9494
      jrw@johnrwilliams.com
      Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      _____/s/_____
      JOHN R. WILLIAMS