UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SUSAN BURHANS                    :

VS.                              :          NO. 3:12cv1462(WWE)

YALE UNIVERSITY                  :          January 29, 2016

### CONSENT MOTION FOR EXTENSION OF TIME
### TO COMPLETE EXPERT DISCOVERY

The parties respectfully move for an extension of time for the parties to complete expert discovery.   The current deadline for completion of all discovery is March 1, 2016, as per the Court's Order on Dec. 14, 2015 in response to a Consent Motion addressing among other things a schedule for expert disclosures.  Since then, plaintiff has suffered some setbacks. An expert to address plaintiff's causes and diagnosis of PTSD excused herself from the case, and plaintiff has had to locate and retain another expert, who needs more time to produce his opinion.  Another expert, who intends to address institutional retaliation: its causes and effects, has also suffered a setback in that her sister for whom she cares has become ill and hospitalized.  As such, this expert too has not been able to meet deadlines. Plaintiff will be prejudiced without these experts.

Defendant needs time to rebut these experts and both parties need time for expert depositions and the parties agree that it would be impossible to comply with the current deadline.  Counsel for the plaintiff and counsel for the defendant have conferred and are in agreement on this motion and request that the trial date be moved to September 1, 2016.

THE PLAINTIFF


BY:_____/s/_____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203.562.9931      Fax: 203.776.9494
        jrw@johnrwilliams.co

1

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


_____/s/_____
JOHN R. WILLIAMS

2