UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN BURHANS | : |
|     Plaintiff | :    CIVIL ACTION NO.: |
| | :    3:12 CV1462 |
| vs. | : |
| YALE UNIVERSITY: | : |
|     Defendant | :    FEBRUARY 16, 2016 |

## NOTICE OF APPEARANCE

Please enter the appearance of Timothy W. Donahue, as attorney for the defendant, Yale University, in the above-entitled matter.

                                        THE DEFENDANT
                                        YALE UNIVERSITY

                                        BY:   /s/ Timothy W. Donahue (#ct04339)
                                                Timothy W. Donahue
                                                Donahue, Durham & Noonan, P.C.
                                                741 Boston Post Road
                                                Guilford, CT 06437
                                                (203) 458-9168

## CERTIFICATION

    I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                           /s/
                                         Timothy W. Donahue