UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:12 CV1462 |
| vs. | : | |
| | : | |
| YALE UNIVERSITY: | | |
| | : | |
| Defendant | : | FEBRUARY 18, 2016 |

## MOTION TO PRECLUDE PLAINTIFF'S EXPERT WITNESSES

The defendant respectfully requests that the Court preclude the plaintiff from calling any expert witnesses on the grounds that the expert disclosures are late and, with respect to two experts, the disclosures fail to comply with the provisions of Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

The grounds for this motion are more fully set forth in the attached Memorandum of Law.

        THE DEFENDANT
        YALE UNIVERSITY

        BY:  /s/ Patrick M. Noonan  (#ct00189)
        Patrick M. Noonan
        Timothy W. Donahue (#ct04339)
        Donahue, Durham & Noonan, P.C.
        741 Boston Post Road
        Guilford, CT 06437
        (203) 458-9168

## **CERTIFICATION**

  I hereby certify that, on the above-written date, a copy of the foregoing Motion to Preclude Plaintiff's Expert Witnesses was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                         _____/s/_____
                           Timothy W. Donahue