UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| VS. | : | NO. 3:12CV1462 (WWE) |
| YALE UNIVERSITY | : | FEBRUARY 24, 2016 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 7(e) of the Local Civil Rules of this Court and Rule 1.16 of the Connecticut Rules of Professional Conduct, the undersigned attorney respectfully moves to withdraw her appearance on behalf of Plaintiff.  I was admitted to this court *pro hac vice* pursuant to this Court's Order dated June 29, 2015 upon motion submitted by John R. Williams, Esq.

This case was filed on October 12, 2012.  I had no role in drafting any of the pleadings herein and have only participated in discovery matters after depositions of the parties and main witnesses.  My representation of Plaintiff has been rendered unreasonably difficult and there has been an irreparable breakdown of the attorney-client relationship.  Among other things, we have a fundamental disagreement about the nature of the case and cannot come to terms with respect to strategy.

During my representation of Plaintiff, on or about October 2015, my physical condition became impaired by sudden onset high blood pressure, which led to a small stroke in November.  I do not believe that I can adequately represent plaintiff given my impaired health, which has been exacerbated by the fundamental disagreements between us and the deterioration of the attorney-client relationship.

I have communicated to Plaintiff the reasons for my wish to withdrawal since on or about February 10, 2016 and upon Plaintiff's request, I have given her my case file.  I no longer have a sponsor in this Court as John Williams, Esq. was withdrawn from this case on February 16, 2016.  His associate, Rose Longo-McLean, also moved to withdraw on February 22, 2016, which remains pending.  Johnna G. Sack, Esq. continues to appear in this action.

I hereby respectfully request that the Court grant this motion for withdrawal.

The last known address of the plaintiff is 500 Mail Street, Old Saybrook, Ct. 06475.

A notice of this proposed withdrawal and the potential consequences thereof has been mailed to the Plaintiff at the above address via certified mail, return receipt requested, and a copy thereof is attached hereto as Exhibit A.

        Respectfully submitted:

_____/s/_____
SUSAN R. KAPLAN (phv07549)
30 Wall St., 8th Floor
New York, NY 10005
Cell:    347.683.2505
Fax:    212.898.1231
Email: skaplan@lawkaplan.com

CERTIFICATE OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
SUSAN R. KAPLAN

**Exhibit A**

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

To: Susan Daria Burhans Landino
500 Main Street
Old Saybrook, CT 06475

The undersigned is filing a motion which seeks the court's permission to no longer represent you in the above captioned case.

If you wish to be heard, you should contact the clerk's office at 915 Lafayette Boulevard, Bridgeport, Connecticut.

You may file with the clerk, in writing, your position with respect to the motion.

If the motion to withdraw is granted, you should either obtain another attorney or file an appearance on your own behalf with the court.

If you do neither, you will not receive notice of court proceedings in this case and a nonsuit or default judgment may be rendered against you.

THE KAPLAN LAW OFFICE


_____/s/_____
SUSAN R. KAPLAN
30 Wall St., 8th Floor
New York, NY 10005
Cell:    347.683.2505
Fax:    212.898.1231
Email:  skaplan@lawkaplan.com