UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| VS. | : | NO. 3:12CV1462 (WWE) |
| YALE UNIVERSITY | : | FEBRUARY 26, 2016 |

### PLAINTIFF'S MOTION TO EXTEND TIME TO RETAIN NEW COUNSEL

I am filing the attached letter request drafted by plaintiff seeking a sixty (60) day extension to retain new counsel. I endorse her request, though I disagree with and oppose her characterization of events set forth in the second sentence of her first paragraph.

Respectfully submitted:

/s/

SUSAN R. KAPLAN (phv07549)
30 Wall St., 8th Floor
New York, NY 10005
Cell:   347.683.2505
Fax:    212.898.1231
Email: skaplan@lawkaplan.com

CERTIFICATE OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/

SUSAN R. KAPLAN

Susan Daria Landino
500 Main Street
Old Saybrook, CT 06475

February 25, 2016

Honorable Judge Warren Eginton      <u>Via Express Mail</u>
U.S. District Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604-4706

**RE: Burhans v Yale 3:2012-CV-01462/ Motion for Time Extension Request of 60 Days to Retain New Counsel**

Honorable Judge Eginton,

As you are aware my attorneys John R. Williams and Susan Kaplan have filed motions to withdraw from my case against Yale University. Unfortunately, they have chosen to file these motions at the worst time possible on a court docket.

In fact, once the first withdrawal was filed, Yale University filed motions to deny my expert reports, in the interim; they were fully informed about the experts' reports and opposing counsel agreed to discovery extension to April 1st. *Then, opposing counsel asked to put off the settlement conference.* Refusing expert reports *after* requesting to delay the settlement conference wreaks of opportunistic bricksmanship.

You may also be aware that <u>my case</u> is being supported by the Association of American University Women due to its precedent setting opportunity to hold universities accountable when administrators are retaliated against for supporting federals laws: Title IX and the Clery Act.

Due to the precedent setting nature of my case, my civil right to seek justice in this matter, and the years I have conscientiously aided each of my attorneys with strategy and evidence curation, and upholding my commitment to share the truth on this matter; I ask for an extension of time for 60 days to retain new counsel and to STOP any activity from opposing counsel.

Sincerely,

*Susan Daria Landino*

Susan Daria Landino
(formerly Burhans – I have had my marriage fail due to pursuing justice in this matter)