Susan Daria Landino
500 Main Street
Old Saybrook, CT 06475

February 29, 2016

Honorable Judge Warren Eginton             <u>Via Express Mail</u>
U.S. District Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604-4706

**RE: Burhans v Yale 3:2012-CV-01462/ Attorney Withdrawal Hearing Request**

Honorable Judge Eginton,

My attorneys John R. Williams and Susan Kaplan have filed motions to withdraw from my case against Yale University. Unfortunately, they have chosen to file these motions at the worst time possible on a court docket.

The court has accepted the withdrawal of Attorney Williams. As he has been in second position on my case for almost a year; this is understandable, however, Attorney Williams' action is injurious.

In fact, once the first withdrawal was filed, Yale University filed motions to deny my expert reports, in the interim; according to Attorney Susan Kaplan, Attorney Noonan was fully informed about the experts' reports and opposing counsel agreed to discovery extension to April 1st. *In addition, opposing counsel asked to put off the settlement conference.* Refusing expert reports *after* requesting to delay the settlement conference reeks of opportunistic brinkmanship.

At this time, I must rely on the representation of Attorney Susan Kaplan to file an argument upholding my right to have expert opinions to support my claims. Attorney Kaplan has been responsible for all communication with opposing counsel regarding the three filed expert opinions and the one remaining that will be filed shortly in my case. Attorney Kaplan has also retained the experts.

Attorney Kaplan is refusing to file an argument to support my rights to expert opinion to counter opposing counsel's filing seeking to deny my right to expert opinion.  This will cause further damage to my right to seek justice.

You may be aware that <u>my case</u> is being supported by the Association of American University Women due to its precedent setting opportunity to hold universities accountable when administrators are retaliated against for supporting federals laws: Title IX and the Clery Act.

Due to the precedent setting nature of my case, my civil right to seek justice in this matter, and the years I have conscientiously aided each of my attorneys with strategy and evidence curation, and upholding my commitment to share the truth on this matter; I ask for a hearing on the matter of Attorney Susan Kaplan's request to withdraw from my case.

Sincerely,

*Susan Daria Landino*

Susan Daria Landino
(formerly Burhans – I have had my marriage fail due to pursuing justice in this matter)