UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS, | : | 3:12cv1462 (WWE) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY | : | |

ORDER STAYING ACTION

In this action, plaintiff Susan Burhans alleges that defendant Yale University violated Title IX by retaliating against her. This Court denied defendant's motion to dismiss for failure to state a claim.

Plaintiff's counsel John Williams, Rose Longo-McLean, and Susan Kaplan have recently withdrawn due to health issues and/or a breakdown in attorney-client relationship. Attorney Johnna Sack is listed as an attorney for plaintiff but she does not appear to be active in the case. The Court has stayed the action for 60 days to allow for plaintiff to obtain new counsel. Pending is a motion to preclude plaintiff's expert witnesses. In light of the need to stay the case, the Court will deny the motion to preclude the expert witnesses without prejudice. After retention of counsel, the parties should submit a new joint case management report that allows for this case to be tried by September 30 2016. Plaintiff is instructed to ensure the withdrawal of all counsel who no longer represent her.

## CONCLUSION

For the foregoing reasons, defendant's motion to preclude [doc. #87] is DENIED without prejudice. The Clerk is instructed to send this Order and all further orders until new counsel is obtained to plaintiff, Susan Landino, at 500 Main Street, Old Saybrook, CT 06475.

Dated this 2d day of March, 2016 at Bridgeport, Connecticut.

/s/Warren W. Eginton
Warren W. Eginton
Senior U.S. District Judge