UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS, | : | Case 3:12-cv-1462 (WWE) |
| Plaintiff | : | |
| vs. | : | |
| YALE UNIVERSITY, | : | |
| Defendant | : | March 3, 2016 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel, pursuant to D. Conn. L. Civ. R. 7(e), requests that she be permitted to withdraw as counsel for Plaintiff Susan Burhans. In support of this motion, undersigned represents that she was admitted *pro hac vice* to this court on October 7, 2014 [document number 32]; that she has been inactive in this case for over a year; that she is no longer associated with the firm of McAllister Olivarius, which Plaintiff had originally contacted to supplement the work of her then Connecticut counsel, John Williams; that she is a California attorney now living in the United Kingdom and not in a position to provide representation to Plaintiff; and that Plaintiff consents to her withdrawal.

WHEREFORE, for the reasons set forth above, counsel respectfully moves this Court to grant this Motion to Withdraw as counsel for the Plaintiff.

2

Respectfully submitted,

                    BY:    /s/ *Johnna Sack*
                              JOHNNA G. SACK, ESQ.
                              ADDRESS
                              PHONE
                              California Bar number 270534