| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**District of Connecticut** | United States District Court<br>District of Connecticut<br>FILED AT   BRIDGEPORT<br>March 11 2016   20<br>Roberta D. Tabora, Clerk<br>By _____<br>Deputy Clerk |

Burhans
_Plaintiff_

v.

Yale University
_Defendant_

Case No. 3:12-cv-01426-WWE

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

March 10, 2016
_Date_

_Filer's signature_

Susan Daria Landino (formerly Burhans)
_Printed name_

500 Main Street
_Address_

Old Saybrook, CT 06475
_City, State, Zip Code_

203-915-8316
_Telephone number_

## CERTIFICATE OF SERVICE

I hereby certify that on _March 10, 2016_, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_List here:_

_Filer's signature_

Note: The undersigned certifies that this Pro Se Appearance Notice has been Express Mailed to opposing counsel, Donahue, Dunham & Noonan at 741 Boston Post Road, Suite 306, Guilford, CT 06437

Rev. 8/11/15