Susan Daria Landino
500 Main Street
Old Saybrook, CT 06475

United States District Court
District of C[...]
FILED AT B[...]
4/26/16
Roberta D. Tabor[...]
By: Judy F[...]
Deputy Clerk

April 25, 2016

Honorable Judge                                    Via Express Mail
Warren Eginton
U.S. District Court
915 Lafayette Boulevard
Bridgeport, Connecticut
06604-4706

**RE: Burhans v Yale 3:2012-CV-01462/ Motion for Additional Time Extension Request of 30 Days to Retain New Counsel**

Honorable Judge Eginton,

At this time the plaintiff respectfully requests a re-extension of 30 days to retain new counsel. The evidence in this case is voluminous and potential counsel requires adequate time to review the file in order to make their decision to represent me. Plaintiff is happy to disclose law firms reviewing the case if necessary.

Your honor is also aware that my case is being supported by the American Association of University Women due to its precedent setting opportunity to hold universities accountable when administrators are retaliated against for supporting federals laws: Title IX and the Clery Act.

Due to the precedent setting nature of this case, my civil right to seek justice, and to uphold my commitment to share the truth on this matter; the re-extension of time for 30 days to retain new counsel is imperative.

Sincerely

*Susan Daria Landino*

Susan Daria Landino
(Formerly Burhans)

On the date above stated, a copy of the forgoing has been sent by certified mail to opposing counsel Donahue, Durham & Noonan, 741 Boston Post Road, Guilford, CT 06437. Notice of this filing will be accessible through the Court's CM/ECF System.