UNITED STATES DISTRICT COURT
for the
District of Connecticut

| Susan Burhans | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| | ) | | |
| v. | ) | Case No. | 3:12-cv-01462 (WWE) |
| Machrotech, LLC, et al. | ) | | |
| *Defendant* | ) | | |

**NOTICE OF APPEARANCE**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Susan Burhans                                                               .

Date:   Jun 02, 2016                    /s/ Joseph D. Garrison
                                        *Attorney's signature*

                                        Joseph D. Garrison / Fed. Bar No.: ct04132
                                        *Printed name and bar number*

                                        Garrison, Levin-Epstein, Fitzgerald
                                            & Pirrotti, LLC
                                        405 Orange Street, New Haven, CT  06511
                                        *Address*

                                        jgarrison@garrisonlaw.com
                                        *E-mail address*

                                        (203) 777-4425
                                        *Telephone number*

                                        (203) 776-3965
                                        *FAX number*

*Rev. 5/4/2011*

## **CERTIFICATE OF SERVICE**

I hereby certify that on        Jun 02, 2016        , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Joseph D. Garrison
_____
*Attorney's signature*