# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | | |
|---|---|---|
| Susan Burhans | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Case No.    3:12-cv-01462 (WWE) |
| Machrotech, LLC, et al. | ) ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Susan Burhans

.

Date:   Jun 02, 2016

/s/ Amanda M. DeMatteis
_____
*Attorney's signature*

Amanda M. DeMatteis / Fed. Bar No.: ct29413
_____
*Printed name and bar number*

Garrison, Levin-Epstein, Fitzgerald
& Pirrotti, LLC
405 Orange Street, New Haven, CT  06511
_____
*Address*

adematteis@garrisonlaw.com
_____
*E-mail address*

**(203) 777-4425**
_____
*Telephone number*

**(203) 776-3965**
_____
*FAX number*

*Rev. 5/4/2011*

# CERTIFICATE OF SERVICE

I hereby certify that on          Jun 02, 2016          **,** a copy of foregoing was filed electronically and served
by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties
by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone
unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing
through the Court's CM/ECF System.


/s/ Amanda M. DeMatteis

*Attorney's signature*