Susan Daria Landino
500 Main Street
Old Saybrook, CT 06475



Via Express Mail

May 23, 2016

Honorable Judge
Warren Eginton
U.S. District Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604-4706

RE: Burhans v Yale 3:2012-CV-01462/ Motion for Additional Time Extension Request of 30 Days to Retain New Counsel

Honorable Judge Eginton,

At this time the plaintiff respectfully requests a re-extension of 30 days to retain new counsel. The evidence in this case is voluminous and two reputable law firms need adequate time to review the file in order to make their decision to represent me.

Due to the precedent setting nature of this case, my civil right to seek justice, and to uphold my commitment to share the truth on this matter; the re-extension of time for 30 days to retain new counsel is imperative.

Sincerely

Susan Daria Landino
(Formerly Burhans)

On the date above stated, a copy of the forgoing has been sent by certified mail to opposing counsel Donahue, Durham & Noonan, 741 Boston Post Road, Guilford, CT 06437. Notice of this filing will be accessible through the Court's CM/ECF System.

Motion GRANTED
/s/ Warren W. Eginton
Senior United States District Judge
6/3/16