UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS, | : | |
| | : | |
| *Plaintiff* | : | CIVIL ACTION NO.: |
| | : | 3:12 CV1462 (WWE) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
| | : | |
| *Defendant* | : | JUNE 28, 2016 |

## JOINT CASE MANAGEMENT PLAN

Pursuant to the Court's Order on June 14, 2016, the parties hereby submit the Joint Case Management Plan.

### I. Factual Background:

Susan Burhans contends that she was retaliated against and her employment with Yale University was terminated in violation of Title IX of the Education Amendment Act of 1972. The defendant denies the plaintiff's allegations.

Counsel for the plaintiff, Joseph D. Garrison and Amanda M. DeMatteis, appeared on June 3, 2016. Prior to their appearances, the parties engaged in extensive discovery. For reasons outside of present counsels control, expert witness discovery is not complete.

In January 2016, plaintiff disclosed three experts: (1) Albert Sabella, vocational expert; (2) Dr. Robert Rosenthal, economist; and (3) Dr. Philip J. Kinsler, psychologist. In February of 2016, the three attorneys who were representing plaintiff moved to withdraw as counsel. The Court granted the motions. (Docket #85, 88 and 91). In light of the withdrawals, plaintiff filed a Motion for a Stay for sixty-days to retain new counsel. (Docket #90). The Court granted the motion. At the end of the sixty-days, the plaintiff moved for an additional thirty-day extension of time to retain counsel. The Court granted the motion. (Docket #100).

1

**II.** **Status:**

The parties need to complete expert discovery and cannot do so by the September 1, 2016 trial ready date due to: (1) plaintiff's counsels representation of their client for less than one month, (2) plaintiff's experts are located out of state, which combined with counsel/witnesses' vacation plans, make it difficult to schedule necessary depositions, and (3) Defendant will request Plaintiff to undergo an Independent Psychological Evaluation.

The parties have conferred in good faith but have been unable to agree on whether the plaintiff should be allowed to disclose additional expert witnesses.

Plaintiff requests until July 31, 2016 to disclose additional experts and produce materials pursuant to the Federal Rules of Civil Procedure. The defendant objects to this request.

Should the Court grant Plaintiff's request, the parties will agree to the following Scheduling Order:

1. July 31, 2016 – Disclose plaintiff's experts and production of materials pursuant to the Federal Rules of Civil Procedure.
2. October 31, 2016 – Complete depositions of plaintiff's experts.
3. November 30, 2016 – Disclose defendant's expert and produce materials pursuant to the Federal Rules of Civil Procedure.
4. March 15, 2017 – Complete depositions of defendant's experts.
5. March 31, 2017 – Parties to submit Joint Trial Management Order.
6. April 30, 2017 – Case ready for trial.

Alternatively, Plaintiff does not consent to extending expert discovery deadlines and will abide by the Court's current scheduling order.

**WHEREFORE**, the parties respectfully request that the Court enter one of the following Orders:

1. Enter an Order on the plaintiff's request to allow disclosure of expert witnesses to July 31, 2016.
2. If the Court grants plaintiff's request, the parties request the Court enter the proposed scheduling order.
3. If the Court denies plaintiff's request, the parties request the Court allow them to file contemporaneous motions to modify the scheduling order or enter an Order at the Court's discretion.

        THE PLAINTIFF,
        SUSAN BURHANS


BY:   /s/Amanda M. DeMatteis (ct29413)
        Joseph D. Garrison
        Amanda M. DeMatteis
        Garrison, Levin-Epstein, Fitzgerald &
            Pirrotti, P.C.
        405 Orange Street
        New Haven, CT 06511
        (203) 777-4425
        jgarrison@garrisonlaw.com
        adematteis@garrisonlaw.com

        THE DEFENDANT,
        YALE UNIVERSITY


BY:   /s/ Timothy W. Donahue  (#ct04339)
        Timothy W. Donahue (#ct04339)
        Donahue, Durham & Noonan, P.C.
        741 Boston Post Road
        Guilford, CT 06437
        (203) 458-9168

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Joint Status Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                          */s/Amanda M. DeMatteis (ct29413)*
                           Amanda M. DeMatteis