UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:12 CV1462 |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| Defendant | : | OCTOBER 6, 2016 |

## **MOTION FOR PSYCHOLOGICAL EXAMINATION**

Pursuant to Rule 35 of the Federal Rules of Civil Procedure, the defendant respectfully requests that the plaintiff submit to a psychological examination to be performed by licensed and board certified psychologist David F. Tolin, Ph.D., ABPP. Dr. Tolin is a psychologist licensed in the states of Connecticut and Massachusetts and is board certified in clinical psychology by the American Board of Clinical Psychology. Dr. Tolin currently works at the Anxiety Disorders Center at the Institute of Living/Hartford Hospital.

Good cause exists to grant this motion because the plaintiff claims to have sustained Post Traumatic Stress Disorder (PTSD) as a result of her employment with the defendant. In support of her claim, the plaintiff has disclosed psychologist Philip Kinsler, Ph.D. as an expert witness.

The proposed examination will be conducted by Dr. Tolin at the Institute of Living/Hartford Hospital, 208 Retreat Avenue, Hartford, Connecticut 06106. The proposed date and time for the examination is October 14, 2016 at 1:00 p.m., or such other date and time

mutually agreeable to the parties. The examination is expected to take approximately four hours and will entail an interview of the plaintiff as well as the administration of standard psychological tests.

On September 28, 2016, a letter was sent to plaintiff's counsel advising her of defendant's intention of having the plaintiff undergo an examination by Dr. Tolin. The letter also provided proposed dates for the examination. As of the date of this filing, defendant's counsel has not received a response.

WHEREFORE, based on the claims the plaintiff has asserted in this case, the defendant respectfully requests that the motion be granted.

                                      THE DEFENDANT
                                      YALE UNIVERSITY

                              BY:   /s/ Timothy W. Donahue  (#ct04339)
                                      Timothy W. Donahue (#ct04339)
                                      Donahue, Durham & Noonan, P.C.
                                      741 Boston Post Road
                                      Guilford, CT 06437
                                      (203) 458-9168

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Motion for Psychological Examination was filed electronically and served by mail on Susan Landino Burhans. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Ms. Susan Landino
500 Main Street
Old Saybrook, CT 06475

                                                                                                          _____/s/_____
                                                                                                              Timothy W. Donahue