UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:12 CV1462 |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
|     Defendant | : | OCTOBER 6, 2016 |

**MOTION FOR VOCATIONAL ASSESSMENT EXAMINATION**

Pursuant to Rule 35 of the Federal Rules of Civil Procedure, the defendant respectfully requests that the plaintiff submit to a vocational assessment to be conducted by certified vocational rehabilitation counselor Jeffrey Joy, MBA, M.Ed., CRC. Mr. Joy currently works as a vocational rehabilitation consultant at Vocational Dynamics in Cheshire, Connecticut.

Good cause exists to grant this motion because the plaintiff claims to have sustained Post Traumatic Stress Disorder (PTSD) as a result of her employment with the defendant. She further alleges that this condition has made her unemployable for her past relevant work or for any other alternative work in the labor market. In support of these claims, the plaintiff has disclosed vocational rehabilitation counselor Albert J. Sabella as an expert witness.

The proposed examination will be conducted at Mr. Joy's office, located at 522 Highland Avenue, Suite C11, Cheshire, Connecticut 06410. The proposed date and time for the examination is October 18, 2016 at 12:00 p.m., or such other date and time mutually agreeable to the parties. The examination is expected to take approximately five hours and

entail an interview of the plaintiff as well as the administration of standard vocational rehabilitation tests.

On September 28, 2016, a letter was sent to plaintiff's counsel advising her of the defendant's intention of having the plaintiff examined by Mr. Joy. The letter also provided proposed dates for the examination. As of the date of this filing, defendant's counsel has not received a response.

WHEREFORE, based on the claims the plaintiff has asserted in this case, the defendant respectfully requests that the motion be granted.

                THE DEFENDANT
                YALE UNIVERSITY

        BY:   /s/ Timothy W. Donahue  (#ct004339)
             Timothy W. Donahue (#ct04339)
             Donahue, Durham & Noonan, P.C.
             741 Boston Post Road
             Guilford, CT 06437
             (203) 458-9168

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Motion for Vocational Assessment Examination was filed electronically and served by mail on Susan Landino Burhans.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Ms. Susan Landino
500 Main Street
Old Saybrook, CT 06475

                                                                                                             _____/s/_____
                                                                        Timothy W. Donahue