UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BURHANS | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:12 CV1462 |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| Defendant | : | OCTOBER 7, 2016 |

**MOTION TO WITHDRAW MOTION FOR**
**VOCATIONAL ASSESSMENT EXAMINATION**

  The undersigned counsel, on behalf of defendant Yale University, respectfully requests that defendant's Motion for Vocational Assessment Examination, dated and filed with the Court on October 6, 2016, be withdrawn.

  The reason for said withdrawal is that counsel have agreed to a mutually convenient date and time for the vocational assessment examination.

              THE DEFENDANT
              YALE UNIVERSITY

           BY:___/s/ Timothy W. Donahue  (#ct04339)
             Timothy W. Donahue (#ct04339)
             Donahue, Durham & Noonan, P.C.
             741 Boston Post Road
             Guilford, CT 06437
             (203) 458-9168

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Motion to Withdraw Motion for Vocational Assessment Examination was filed electronically and served by mail on Susan Landino Burhans. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Ms. Susan Landino
500 Main Street
Old Saybrook, CT 06475

                                                                                          /s/
                                                                            Timothy W. Donahue