# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SUSAN BURHANS,** | : | **CIVIL ACTION NO.:** |
| **Plaintiff,** | : | **3:12-cv-01462 (WWE)** |
| v. | : | |
| **YALE UNIVERSITY,** | : | |
| **Defendant.** | : | **JANUARY 27, 2017** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

THE PLAINTIFF,

By: _/s/ Amanda M. DeMatteis_
    Joseph D. Garrison (ct04132)
    Amanda M. DeMatteis (ct29413)
    GARRISON, LEVIN-EPSTEIN,
       FITZGERALD & PIRROTTI, P.C.
    405 Orange Street
    New Haven, CT 06511
    Tel.: (203) 777-4425
    Fax: (203) 776-3965
    E-mail: jgarrison@garrisonlaw.com
           ademateis@garrisonlaw.com

THE DEFENDANT,

By: _/s/ Patrick M. Noonan_
    Patrick M. Noonan (ct00189)
    Donahue, Durham & Noonan, P.C.
    741 Boston Post Road
    Guilford, CT 06437
    (203) 458-9168

## **CERTIFICATION**

      I HEREBY CERTIFY that, on this 27th day of January, 2017, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

      */s/ Amanda M. DeMatteis*
      Amanda M. DeMatteis